**James Michael MURPHY, MD, Plaintiff-Appellant,**

v.

**Nita GOSS, in her individual capacity as Health Professionals Program Coordinator, Oregon Medical Board; W. Kent Williamson, in his individual capacity as Board Chair of Oregon Medical Board; Kathleen Haley, as the Executive Director of the Oregon Medical Board, Defendants-Appellees.**

No. 15-35397

United States Court of Appeals, Ninth Circuit.

Submitted June 7, 2017 *
Portland, Oregon

Filed July 11, 2017

Marianne G. Dugan, Attorney, Eugene, OR, for Plaintiff-Appellant

Dustin Buehler, Oregon Department of Justice, Salem, OR, for Defendants-Appellees

Before: TASHIMA, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Dr. James Murphy appeals a district court's order granting summary judgment in favor of Defendants Nita Goss, W. Kent

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Williamson, and Kathleen Haley on Murphy's due process and equal protection claims. Dr. Murphy contends that Defendants knowingly made a false statement when reporting Dr. Murphy's discipline by the Oregon Medical Board to the National Practitioner Data Bank (Data Bank). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not err in concluding that Defendants are immune from liability under 42 U.S.C. § 11137(c). The record contains no evidence that Defendants knew that any information Goss submitted to the Data Bank in relation to Dr. Murphy's discipline was false.

**AFFIRMED.**